

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SUSAN COCHRAN, | § | No. 08-15-00181-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| V. | § | 109th District Court |
|  | § |  |
| WILLIAM SHANE COCHRAN | § | of Andrews County, Texas |
|  | § |  |
| Appellee. | § | (TC# 19,636) |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.